FILED

06/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0234

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0234

KATRINA SULLIVAN, a/k/a Katrina Jorgensen,

Plaintiff and Appellee,

v.

PENNY WEYMILLER and LARRY McGILL,

Defendants and Appellants.

FILED

JUN 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Penny Weymiller has filed a motion for a 30-day extension of time within which to file her opening brief. Her motion states that "It can be assumed the Plaintiff and Appellee object to this motion."

Pursuant to M. R. App. P. 16, "Counsel [or pro se party] shall also note therein that opposing counsel [or opposing party] has been contacted concerning the motion and whether opposing counsel objects to the motion."

IT IS ORDERED the motion for extension of time is GRANTED. Appellant Weymiller has until July 15, 2020, within which to file her opening brief. Any further motions shall comply with M. R. App. P. 16.

DATED this 15ᵗʰ day of June, 2020.

For the Court,

Chief Justice